■ MARK DEANGELIS, Respondent-Appellant, v MIRCEA PROTOPOPESCU, Appellant-Respondent. (Appeal No. 1.) [827 NYS2d 924]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered June 30, 2005 in a personal injury action. The order granted in part plaintiff's motion to set aside the verdict and for a new trial on damages only.

It is hereby ordered that said appeal and cross appeal be and the same hereby are unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Hurlbutt, Gorski, Martoche and Smith, JJ.

■ MARK DEANGELIS, Respondent-Appellant, v MIRCEA PROTOPOPESCU, Appellant-Respondent. (Appeal No. 2.) [827 NYS2d 919]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered August 23, 2005 in a personal injury action. The order, upon a jury verdict, granted judgment in favor of plaintiff and against defendant for past medical expenses.

It is hereby ordered that said appeal and cross appeal be and the same hereby are unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Hurlbutt, Gorski, Martoche and Smith, JJ.